UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* CHARLES BIRCHALL, Jr.,<br><br>    Plaintiffs,<br><br>v.<br><br>KIC VENTURES, LLC; KINGSLEY R. CHIN, M.D.; SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERTS, LLC; KIC MANAGEMENT GROUP, INC.; and AXIOMED, LLC,<br><br>    Defendants. | No. 15cv12877-RWZ<br>No. 15cv12908-RWZ<br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |
| UNITED STATES OF AMERICA, *et al.*,<br>*ex rel.* JOHN DOE #1 & JOHN DOE #2,<br><br>    Plaintiffs,<br><br>v.<br><br>SPINEFRONTIER, INC.; KICVENTURES LLC; LESSURGEON INSTITUTE FLORIDA, LLC; IMPARTIAL MEDICAL EXPERTS, LLC; KINGSLEY R. CHIN, M.D.; and ADITYA HUMAD,<br><br>    Defendants. | |

**UNITED STATES' NOTICE OF
ELECTION TO INTERVENE IN PART AND DECLINE IN PART,
AND *EX PARTE* REQUEST TO EXTEND THE SEAL PERIOD**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the United States notifies the Court that it hereby intervenes in part with respect to the above-captioned actions. The United States intervenes with respect to Counts One, Two, and Three in *United States ex rel. Charles Birchall, Jr. v. SpineFrontier, Inc., et al.*, C.A. No. 15-cv-12877-RWZ, against defendants SpineFrontier, Inc., KICVentures, LLC, Impartial Medical Experts, LLC, Kingsley R. Chin, M.D., and KIC Management Group, Inc.[1] The United States also intervenes with respect to Counts I, II, and III in *United States ex rel. John Doe #1 & John Doe #2 v. SpineFrontier, Inc., et al.*, C.A. No. 15-cv-12908-RWZ, against defendants SpineFrontier, Inc., KICVentures, LLC, Impartial Medical Experts, LLC, Kingsley R. Chin, M.D., and Aditya Humad and declines to intervene on all counts against LESSurgeon Institute Florida, LLC.

The government intends to file a complaint-in-intervention within 30 days, and will serve the complaint on the defendants promptly thereafter.

The United States respectfully requests that all of the documents related to these two matters remain under seal until (a) the complaint is filed or (b) March 6, 2020, whichever comes first. Upon the government filing its complaint-in-intervention, or on March 6, 2020, whichever comes first, the United States requests that the United States' complaint-in-intervention, the relators' complaints, the United States' Notice of Election to Intervene In Part and Decline In Part and *Ex Parte* Request to Extend the Seal Period ("Notice of Election"), and all pleadings filed thereafter be unsealed. The United States further requests that all other papers on file in this action prior to February 7, 2020 remain under seal because, in discussing the content and extent

---

[1] The relator brings one count against another defendant, Axiomed, LLC, under the anti-retaliation provision of the False Claims Act, 31 U.S.C. § 3730(h)(1). This count does not require the United States to determine whether intervention is appropriate.

of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for an election to intervene should be extended.

Although the United States declines to intervene as to LESSurgeon Institute Florida, LLC ("LESSurgeon") in C.A. No. 15-cv-12908-RWZ, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either relators or defendant LESSurgeon propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all papers filed related to the non-intervened part(s) of the action be served upon the United States; the United States also requests that all orders the Court issues related to the non-intervened part(s) of the action be sent to the government's counsel. The United States reserves the right to order any deposition transcripts and to intervene in the portion of the action in which it declines to intervene today, for good cause, at a later date. The United States also reserves the right to seek dismissal of any relators' actions or claims on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

Dated: February 7, 2020

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/

ABRAHAM R. GEORGE
DAVID J. DERUSHA
STEVEN SHAROBEM
Assistant U.S. Attorneys
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
*abraham.george@usdoj.gov*
*david.derusha@usdoj.gov*
*steven.sharobem@usdoj.gov*