UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>ADITYA HUMAD, et al.,<br><br>　　　　　　　　　Defendants. | 15-cv-12877-RWZ<br>15-cv-12908-RWZ |

**DEFENDANTS' PARTIALLY ASSENTED-TO MOTION FOR EXTENTION OF TIME TO FILE RESPONSIVE PLEADING TO SEPTEMBER 23, 2022**

Defendants Spinefrontier, Inc., KIC Ventures, LLC, KIC Management Group, Inc., Impartial Medical Experts, LLC, Axiomed, LLC, Kingsley R. Chin, Aditya Humad, and Vanessa Dudley (collectively, "the FCA Defendants"), by and through undersigned counsel, respectfully move the Court for an order extending the time period by which they must file responsive pleadings in this case by 60 days from July 25, 2022 to September 23, 2022. Counsel for the government indicated that the government assents to this motion.[1]

**Relevant Procedural History**: On March 5, 2020, following several years of investigation, the United States filed its Notice of Election to Intervene in this case, and filed its instant Complaint in Intervention under the False Claims Act. On August 23, 2021, citing then-ongoing efforts by the parties to resolve this matter on a pre-litigation basis, the FCA Defendants filed a Joint Motion for Extension of Time (to November 22, 2021) to File a Responsive Pleading (the "Motion to Extend").

---

[1] Counsel for the Relators in Case No. 15-cv-12908-RWZ indicated that they do not assent to this motion. Counsel for the Relators in Case No. 15-cv-12877-RWZ did not respond to a request for assent.

The posture of this case changed considerably only one week after the FCA Defendants filed their Motion to Extend: On August 30, 2021, a Grand Jury returned an indictment charging Defendants Spinefrontier, Inc., Kingsley R. Chin, and Aditya Humad with conspiracy to violate the Anti-Kickback statute, substantive violations of the Anti-Kickback statute, and conspiracy to commit money laundering. *See United States v. Chin et al*. (21-cr-10256-RWZ). The allegations in the Indictment largely mirror those alleged in the United States' Complaint in Intervention in this case. *See id.* at ECF No. 1, attached hereto as Exhibit 1; ECF No. 58.

On May 25, 2022, FCA Defendants filed a motion to extend the time to file a responsive pleading to July 25, 2022. The Court granted that motion on June 1, 2022.

**Grounds for Additional Time**: Since the FCA Defendants last moved for an extension of time to file a responsive pleading, the government's financial analyst has reviewed their financial disclosures and requested numerous categories of additional information. FCA Defendants have provided the requested information, and the government has indicated that its financial analyst needs additional time to review the information. The government further indicated that it will be in a position to respond to the FCA Defendants' proposal to resolve the government's claims once its financial analyst has reviewed the materials provided. Additionally, the Relators in one of the above-captioned civil actions have provided a settlement demand, which the FCA Defendants continue to evaluate.

Justice will be served if the parties have an opportunity to discuss these matters before incurring additional and potentially avoidable costs litigating this case. This brief continuance is not for the purpose of undue delay, but rather to allow the parties to discuss resolution of these matters.

WHEREFORE, the FCA Defendants respectfully request an additional 60 days—that is, **through September 23, 2022**—to continue settlement discussions with Plaintiffs. To that end, the FCA Defendants have retained counsel in this matter for the limited purpose of filing a motion for an extension of time and conferring with Plaintiffs regarding next steps. The FCA Defendants expect that if this matter is not resolved by September 23, 2022, they will retain counsel to represent them in this action going forward.

Dated: July 25, 2022

Respectfully submitted,

ADITYA HUMAD

By his attorney,

*/s/ Seth B. Orkand*
Seth B. Orkand (BBO No. 669810)
*Motion For Limited Appearance Granted*
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, MA 02108
sorkand@rc.com
(617) 557-5915

SPINEFRONTIER, INC., KIC VENTURES, LLC, KIC MANAGEMENT GROUP, INC., IMPARTIAL MEDICAL EXPERT, LLC, AXIOMED, LLC, VANESSA DUDLEY and KINGSLEY R. CHIN

By their attorney,

*/s/ Robert L. Peabody*
Robert L. Peabody (BBO No. 551936)
*Motion For Limited Appearance Granted*
HUSCH BLACKWELL LLP
One Beacon Street, Suite 1320
Boston, MA 02108
Robert.Peabody@huschblackwell.com
(617) 598-6700

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on July 22, 2022, FCA Defendants conferred with counsel for the government and the Relators in a good faith to resolve or narrow the issues presented herein. Counsel for the government indicated that the government assents to this motion. Counsel for the Relators in Case No. 15-cv-12908-RWZ indicated that they do not assent to this motion. Counsel for the Relators in Case No. 15-cv-12877-RWZ did not respond to a request for assent.

*/s/ Seth B. Orkand*
Seth B. Orkand

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on all counsel of record on July 25, 2022.

*/s/ Seth B. Orkand*
Seth B. Orkand