UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br> v. <br><br> ADITYA HUMAD, et al., <br><br> Defendants. | 15-cv-12877-RWZ <br> 15-cv-12908-RWZ |

**JOINT STATUS REPORT**

As the Court requested during the August 11, 2022 status conference, the United States of America and Defendants Spinefrontier, Inc., KIC Ventures, LLC, KIC Management Group, Inc., Impartial Medical Experts, LLC, Axiomed, LLC, Kingsley R. Chin, Aditya Humad, and Vanessa Dudley (Defendants) (collectively, the Parties) hereby submit a joint status report.

Before the August 11, 2022 status conference, the Parties met to discuss a potential resolution of the above-captioned civil actions, and the United States requested updated financial disclosures from Defendants to evaluate their ability to pay a monetary settlement. At the August 11, 2022 status conference, Defendants' counsel provided the United States with certain financial documents. The United States' financial analyst reviewed those materials and determined that certain previously-requested financial information would also be needed to more accurately assess Defendants' ability to pay a settlement. On August 17, 2022, the United States' counsel asked that Defendants produce the requested financial information. In response, Defendants' counsel produced over 150 financial documents relevant to the United States' request on September 15, 2022. The United States' financial analyst has begun reviewing those materials and intends to complete her review as soon as possible. The Parties plan to work cooperatively as to any additional financial information that is needed for the United States to complete its ability to pay

assessment. Once the financial analyst has completed her review of the aforementioned financial information, the Parties intend to meet to discuss a potential settlement of the above-captioned civil actions.

Respectfully submitted,

| | |
|---|---|
| RACHEL S. ROLLINS | ADITYA HUMAD |
| United States Attorney | By his attorney, |
| By: */s/ Steven T. Sharobem* | */s/Seth Orkand* |
| Steven T. Sharobem | Seth B. Orkand (BBO No. 669810) |
| Assistant United States Attorney | *Motion For Limited Appearance Granted* |
| John J. Moakley Courthouse | ROBINSON & COLE LLP |
| 1 Courthouse Way, Suite 9200 | One Boston Place, 25th Floor |
| Boston, MA 2210 | Boston, MA 02108 |
| (617) 748-3100 | sorkand@rc.com |
| steven.sharobem@usdoj.gov | (617) 557-5915 |
| | |
| JAMIE A. YAVELBERG | SPINEFRONTIER, INC., KIC VENTURES, |
| PATRICIA J. HANOWER | LLC, KIC MANAGEMENT GROUP, INC., |
| DOUGLAS ROSENTHAL | IMPARTIAL MEDICAL EXPERT, LLC, |
| CHRISTOPHER TERRANOVA | AXIOMED, LLC, VANESSA DUDLEY and |
| Civil Division | KINGSLEY R. CHIN |
| U.S. Department of Justice | |
| Post Office Box 261 | By their attorney, |
| Ben Franklin Station | |
| Washington, DC 20044 | */s/ Robert L. Peabody* |
| (202) 514-2000 | Robert L. Peabody (BBO No. 551936) |
| douglas.j.rosenthal@usdoj.gov | *Motion For Limited Appearance Granted* |
| christopher.terranova@usdoj.gov | HUSCH BLACKWELL LLP |
| | One Beacon Street, Suite 1320 |
| *Attorneys for the United States* | Boston, MA 02108 |
| | Robert.Peabody@huschblackwell.com |
| | (617) 598-6700 |

Dated: September 23, 2022

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF on all counsel of record on September 23, 2022.

                                        */s/ Steven T. Sharobem*
                                        Steven T. Sharobem