UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br> v. <br><br> ADITYA HUMAD, et al., <br><br> Defendants. | 15-cv-12877-RWZ <br> 15-cv-12908-RWZ |

**DEFENDANTS' PARTIALLY ASSENTED-TO MOTION FOR EXTENTION OF TIME TO FILE RESPONSIVE PLEADING TO DECEMBER 20, 2022**

Defendants Spinefrontier, Inc., KIC Ventures, LLC, KIC Management Group, Inc., Impartial Medical Experts, LLC, Axiomed, LLC, Kingsley R. Chin, Aditya Humad, and Vanessa Dudley (collectively, "the FCA Defendants"), by and through undersigned counsel, respectfully move the Court for an order extending the time period by which they must file responsive pleadings in this case by 60 days from October 21, 2022 to December 20, 2022, and continue all associated pleading deadlines by the same period of time. Counsel for the government indicated that the government assents to this motion.[1]

At the status conference on August 11, 2022, the Court set a deadline of October 21, 2022 for the FCA Defendants to file a responsive pleading. Since the status conference, the FCA Defendants and the government have been diligently working towards settlement of the government's claims. Pursuant to the government's request for financial information, FCA Defendants, initially provided the government a large amount of corporate and individual financial information on July 13, 2022. On August 11, 2022, FCA Defendants provided the government additional financial documentation. The government's analyst posed a voluminous

---

[1] Counsel for the Relators did not respond to FCA Defendants' request for assent.

list of over 100 additional financial questions to FCA Defendants on August 17, 2022 requiring FCA Defendants to provide responses to these questions and gather supporting financial documentation, which they produced on September 15, 2022.  Thereafter, the government's financial analyst posed 15 additional questions on October 7, 2022, to which FCA Defendants responded on October 12, 2022.

On October 13, 2022, counsel for the FCA Defendants and the government met to continue settlement discussions, and the government proposed terms to resolve the government's claims.  FCA Defendants believe that the government's proposed terms vary substantially from the terms the government last presented the FCA Defendants.  However, the government invited FCA Defendants to submit additional information that may alter the government's calculation of the FCA Defendants' ability to pay. FCA Defendants are currently assembling this information and anticipate providing it to the government in the near term.

In response to the Court's order of October 4, 2022 (ECF No. 142), the FCA Defendants expect to report the result of their settlement negotiations with the government on or before December 20, 2022.

Justice will be served if the parties have an opportunity to discuss these matters before incurring additional and potentially avoidable costs litigating this case.  This continuance is not for the purpose of undue delay, but rather to allow the parties to discuss resolution of and conclusion of these matters.

WHEREFORE, the FCA Defendants respectfully request an additional 60 days— **through December 20, 2022**—to continue settlement discussions with Plaintiffs.  To that end, the FCA Defendants have retained counsel in this matter for the limited purpose of filing this motion for an extension of time and conferring with Plaintiffs regarding next steps. The FCA

- 3 -

Defendants expect that if this matter is not resolved by December 20, 2022, they will retain counsel to represent them in this action going forward.

| | |
|---|---|
| Dated: October 20, 2022 | Respectfully submitted, |
| | ADITYA HUMAD |
| | By his attorney, |
| | */s/ Seth B. Orkand* |
| | Seth B. Orkand (BBO No. 669810) |
| | *Motion For Limited Appearance Granted* |
| | ROBINSON & COLE LLP |
| | One Boston Place, 25th Floor |
| | Boston, MA 02108 |
| | sorkand@rc.com |
| | (617) 557-5915 |
| | |
| | SPINEFRONTIER, INC., KIC VENTURES, LLC, KIC MANAGEMENT GROUP, INC., IMPARTIAL MEDICAL EXPERT, LLC, AXIOMED, LLC, VANESSA DUDLEY and KINGSLEY R. CHIN |
| | By their attorney, |
| | */s/ Robert L. Peabody* |
| | Robert L. Peabody (BBO No. 551936) |
| | *Motion For Limited Appearance Granted* |
| | HUSCH BLACKWELL LLP |
| | One Beacon Street, Suite 1320 |
| | Boston, MA 02108 |
| | Robert.Peabody@huschblackwell.com |
| | (617) 598-6700 |

**LOCAL RULE 7.1 CERTIFICATION**

  I hereby certify that on October 19, 2022, FCA Defendants attempted to confer with counsel for the government and the Relators in a good faith to resolve or narrow the issues presented herein. Counsel for the government indicated that the government assents to this motion. Counsel for Relators did not respond to a request for assent.

                 */s/ Seth B. Orkand*
                 Seth B. Orkand

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document was served by ECF on all counsel of record on October 20, 2022.

                 */s/ Seth B. Orkand*
                 Seth B. Orkand