**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CHARLES BIRCHALL, JR. et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERT LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, KINGSLEY CHIN, M.D., ADITYA HUMAD, and VANESSA DUDLEY,<br><br>　　　　　　Defendants. | **15-cv-12877-RWZ**<br>**15-cv-12908-RWZ** |

**JOINT STATUS REPORT**

On July 19, 2023, the United States of America and Defendants Spinefrontier, Inc., KIC Ventures, LLC, KIC Management Group, Inc., Impartial Medical Experts, LLC, Axiomed, LLC, Kingsley R. Chin, Aditya Humad, and Vanessa Dudley ("FCA Defendants") (collectively, the "Parties") filed a joint status report advising the Court that the Parties had made good progress towards memorializing their handshake settlement into a settlement agreement and continued to work diligently to complete the process. The Parties also proposed to provide the Court with a status report within ninety (90) days if the settlement was not fully completed within ninety days of the July 19, 2023, status report.

The Parties can report that in the last ninety (90) days, substantial progress has been made towards memorialization of the handshake settlement into a settlement agreement. A few final steps remain to complete the process, however, but the Parties expect that they will be able to inform the Court that a settlement has been finalized between the Parties within the next six weeks. Accordingly, the Parties propose to provide the Court with a status report in forty-five

(45) days in the event the settlement is not completed within that time.

Dated: October 19, 2023

Respectfully submitted,

| | |
|---|---|
| JOSHUA S. LEVY | ADITYA HUMAD |
| Acting United States Attorney | By his attorney, |
| By: */s/ Steven T. Sharobem* | */s/ Seth B. Orkand* |
| Steven T. Sharobem | Seth B. Orkand (BBO No. 669810) |
| Assistant United States Attorney | *Motion For Limited Appearance Granted* |
| John J. Moakley Courthouse | ROBINSON & COLE LLP |
| 1 Courthouse Way, Suite 9200 | One Boston Place, 25th Floor |
| Boston, MA 2210 | Boston, MA 02108 |
| (617) 748-3100 | sorkand@rc.com |
| steven.sharobem@usdoj.gov | (617) 557-5915 |
| | |
| ANDY J. MAO | SPINEFRONTIER, INC., KIC VENTURES, |
| PATRICIA J. HANOWER | LLC, KIC MANAGEMENT GROUP, INC., |
| DOUGLAS ROSENTHAL | IMPARTIAL MEDICAL EXPERT, LLC, |
| CHRISTOPHER TERRANOVA | AXIOMED, LLC, VANESSA DUDLEY and |
| Civil Division | KINGSLEY R. CHIN |
| U.S. Department of Justice | |
| Post Office Box 261 | By their attorney, |
| Ben Franklin Station | |
| Washington, DC 20044 | */s/ Robert Peabody* |
| (202)514-2000 | Robert Peabody (BBO No. 551936) |
| douglas.j.rosenthal@usdoj.gov | *Motion For Limited Appearance Granted* |
| christopher.terranova@usdoj.gov | HUSCH BLACKWELL LLP |
| | One Beacon Street, Suite 1320 |
| *Attorneys for the United States* | Boston, MA 02108 |
| | Robert.Peabody@huschblackwell.com |
| | (617) 598-6700 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on all counsel of record on October 19, 2023.

*/s/ Steven T. Sharobem*
Steven T. Sharobem
Assistant United States Attorney