UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CHARLES BIRCHALL, JR. et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERT LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, KINGSLEY CHIN, M.D., ADITYA HUMAD, and VANESSA DUDLEY,<br><br>  Defendants. | 15-cv-12877-LTS<br>15-cv-12908-LTS |

## JOINT STATUS REPORT

Pursuant to the Court's Orders of February 13, 2025, February 26, 2025, and March 20, 2025, see Doc. Nos. 226, 227 and 229 under 15-cv-12877-LTS, the United States of America and relators Charles Birchall, Jr., Walter Bennett, and John Miller ("Relators") hereby submit a joint status report regarding Relators' share as to both the November 27, 2023 Settlement with SpineFrontier Defendants and the surgeon settlements. The United States and Relators are discussing the parties' positions as to the percentage share of the award to the Relators and request an additional 30 days, until May 19, 2025, to file a joint status report.

Dated: April 17, 2025

Respectfully submitted,

| | |
|---|---|
| LEAH B. FOLEY<br>United States Attorney | GREENE LLP |
| By: */s/ Steven T. Sharobem*<br>Steven T. Sharobem<br>Assistant United States Attorney<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 2210<br>(617) 748-3100<br>steven.sharobem@usdoj.gov | By: */s Thomas M. Greene /*<br><br>MICHAEL TABB (BBO No. 491310)<br>THOMAS M. GREENE (BBO No. 210020)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>matabb@greenellp.com<br>tgreene@greenellp.com<br>(617) 261-0040 |
| JAMIE A. YAVELBERG<br>ALLISON CENDALI<br>DOUGLAS ROSENTHAL<br>CHRISTOPHER TERRANOVA<br>Civil Division<br>U.S. Department of Justice<br>Post Office Box 261<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-2000<br>douglas.j.rosenthal@usdoj.gov<br>christopher.terranova@usdoj.gov | *Attorneys for Plaintiff/Relator, Charles Birchall, Jr.*<br><br>SEEGER WEISS LLP<br><br>*/s/ Stephen A. Weiss*<br>STEPHEN A. WEISS, ESQ.<br>CHRISTOPHER AYERS, ESQ.<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(973) 639-9100<br>sweiss@seegerweiss.com<br>cayers@seegerweiss.com |
| *Attorneys for the United States* | *Attorneys for Plaintiffs/Relators John Miller and Walter Bennett* |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF on all counsel of record on April 17, 2025.

                                        */s/ Steven T. Sharobem*
                                        Steven T. Sharobem
                                        Assistant United States Attorney