UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CHARLES BIRCHALL, JR. et al.,<br><br>        Plaintiffs,<br>    v.<br><br>SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERT LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, KINGSLEY CHIN, M.D., ADITYA HUMAD, and VANESSA DUDLEY,<br><br>        Defendants. | 15-cv-12877-LTS<br>15-cv-12908-LTS |

**JOINT STATUS REPORT**

Pursuant to the Court's Orders of February 13, 2025, February 26, 2025, March 20, 2025, April 18, 2025, and May 20, 2025 see Doc. Nos. 226, 227, 229, 231, and 233, under 15-cv-12877-LTS, the United States of America and relators Charles Birchall, Jr., Walter Bennett, and John Miller ("Relators") hereby submit a joint status report regarding Relators' claims to receive a share of the proceeds of both the November 27, 2023 Settlement with the SpineFrontier Defendants and the surgeon settlements.  The United States and Relators have reached an agreement-in-principle with respect to the percentage share of the award to the Relators and request an additional 30 days, until July 3, 2025, to finalize the agreements or submit a joint status report.

Dated: June 3, 2025

Respectfully submitted,

| | |
|---|---|
| LEAH B. FOLEY<br>United States Attorney | GREENE LLP |
| By: */s/ Steven T. Sharobem*<br>STEVEN T. SHAROBEM<br>Assistant United States Attorney<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 2210<br>(617) 748-3100<br>steven.sharobem@usdoj.gov | By: */s/ Thomas M. Greene*<br>MICHAEL TABB (BBO No. 491310)<br>THOMAS M. GREENE (BBO No. 210020)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>matabb@greenellp.com<br>tgreene@greenellp.com<br>(617) 261-0040 |
| JAMIE A. YAVELBERG<br>ALLISON CENDALI<br>DOUGLAS ROSENTHAL<br>CHRISTOPHER TERRANOVA<br>Civil Division<br>U.S. Department of Justice<br>Post Office Box 261<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-2000<br>douglas.j.rosenthal@usdoj.gov<br>christopher.terranova@usdoj.gov<br><br>*Attorneys for the United States* | *Attorneys for Plaintiff/Relator, Charles Birchall, Jr.*<br><br>SEEGER WEISS LLP<br><br>*/s/ Stephen A. Weiss*<br>STEPHEN A. WEISS, ESQ.<br>CHRISTOPHER AYERS, ESQ.<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(973) 639-9100<br>sweiss@seegerweiss.com<br>cayers@seegerweiss.com<br><br>*Attorneys for Plaintiffs/Relators John Miller and Walter Bennett* |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF on all counsel of record on June 3, 2025.

                                                */s/ Steven T. Sharobem*
                                                Steven T. Sharobem
                                                Assistant United States Attorney