**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CHARLES BIRCHALL, JR. et al.,<br><br>              Plaintiffs,<br>   v.<br><br>SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERT LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, KINGSLEY CHIN, M.D., ADITYA HUMAD, and VANESSA DUDLEY,<br><br>              Defendants. | 15-cv-12877-LTS<br>15-cv-12908-LTS |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of July 7, 2025, see Doc. No. 237 under 15-cv-12877-LTS, and Doc. No. 174 under 15-cv-12908-LTS, the United States of America and relators Charles Birchall, Jr., Walter Bennett, and John Miller ("Relators") submit a status report regarding Relators' claims to receive a share of the proceeds of both the November 27, 2023 Settlement with the SpineFrontier Defendants and the surgeon settlements. The United States and Relators are finalizing a settlement agreement and the government is working to complete the necessary paperwork to dispense the share of the proceeds as agreed upon. The United States has conferred with the Relators who agree with the United States' request for an additional 15 days, until August 19, 2025, to finalize the agreement or submit a joint status report.

Respectfully submitted,

| | |
|---|---|
| LEAH B. FOLEY<br>United States Attorney | GREENE LLP |
| By: */s/ Steven T. Sharobem*<br>STEVEN T. SHAROBEM<br>Assistant United States Attorney<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 2210<br>(617) 748-3100<br>steven.sharobem@usdoj.gov | By: */s/ Thomas M. Greene*<br>MICHAEL TABB (BBO No. 491310)<br>THOMAS M. GREENE (BBO No. 210020)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>matabb@greenellp.com<br>tgreene@greenellp.com<br>(617) 261-0040 |
| JAMIE A. YAVELBERG<br>ALLISON CENDALI<br>DOUGLAS ROSENTHAL<br>CHRISTOPHER TERRANOVA<br>Civil Division<br>U.S. Department of Justice<br>Post Office Box 261<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-2000<br>douglas.j.rosenthal@usdoj.gov<br>christopher.terranova@usdoj.gov | *Attorneys for Plaintiff/Relator, Charles Birchall, Jr.*<br><br>SEEGER WEISS LLP<br><br>*/s/ Stephen A. Weiss*<br>STEPHEN A. WEISS, ESQ.<br>CHRISTOPHER AYERS, ESQ.<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(973) 639-9100<br>sweiss@seegerweiss.com<br>cayers@seegerweiss.com |
| *Attorneys for the United States* | *Attorneys for Plaintiffs/Relators John Miller and Walter Bennett* |

Dated:  August 4, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF on all counsel of record on August 4, 2025.

                                                        */s/ Steven T. Sharobem*
                                                        Steven T. Sharobem
                                                        Assistant United States Attorney